IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER MICHAEL POPE, | 3:10-CV-06019-PK |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
| Defendant. | |

Based on the Court's Order (#39) issued August 12, 2011, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

DATED this 12th day of August, 2011.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND