IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CHRISTOPHER M. POPE,**                3:10-CV-06019-PK

        **Plaintiff,**              ORDER

v.

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#46) on December 29, 2011, in which he recommends this Court grant Plaintiff's Motion (#41) for Equal Access to Justice Fees and award Plaintiff attorneys' fees in the amount of $7,753.46, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et seq*. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#46). Accordingly, the Court **GRANTS** Plaintiff's Motion (#41) for Equal Access to Justice Fees and awards Plaintiff attorneys' fees in the amount of **$7,753.46**.

IT IS SO ORDERED.

DATED this 6th day of March, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER