Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTOPHER M. POPE**           3:10- CV-10-6019-PK

    Plaintiff,

    v.                                 ORDER FOR EAJA
                                   ATTORNEY FEES

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

    Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $627.10. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, _ U.S. _ (2010), payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

It is so ORDERED — April

Dated this 19th day of 2012

_____
United States Magistrate Judge

Prepared as to form:

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1