IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| **CHRISTOPHER M. POPE,** | 3:10-CV-06019-PK |
| **Plaintiff,** | ORDER |
| v. | |
| **CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,**[1] | |
| **Defendant.** | |

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and

Recommendation (#55) on May 15, 2014, in which he recommends this

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this case.  No further action need be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405.  Procedure 72(b).

1 - ORDER

Court grant Plaintiff's Unopposed Motion (#52) for Attorney Fees Pursuant to 42 U.S.C. § 406(b) and award Plaintiff's counsel attorneys' fees under § 406(b) in the amount of $22,471.94. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#55). Accordingly, the Court **GRANTS** Plaintiff's Unopposed Motion (#52) for Attorney Fees and **AWARDS** Plaintiff's counsel attorneys' fees pursuant to § 406(b) in the amount of **$22,471.94**.

IT IS SO ORDERED.

DATED this 9th day of July, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge